

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2020

No. 04-19-00839-CR

Raymond **MONTESDEOCA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0388
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on December 30, 2019. *See* TEX. R. APP. P. 35.1. Nine days later, court reporter Erminia Uviedo filed a notification of late record. She requested a forty-day extension of time to file the record.

The reporter's request for an extension of time to file the reporter's record is GRANTED IN PART. *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days). The reporter's record is due on January 29, 2020. *See id.*

If the reporter's record is not filed with this court by January 29, 2020, any further requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the extended date. A preferred form for the status report, with an accompanying example, is attached.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court